**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| XU LUN, a pseudonym,<br><br>        Plaintiff,<br><br>    v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION., et al.,<br><br>        Defendants. | Appellate Case No.: 25-3347<br><br>District Court Case No.: 2:24-cv-00803<br><br>**DOCKETING STATEMENT** |

Plaintiff Xu Lun hereby submits this docketing statement pursuant to the United States Court of Appeals for the Seventh Circuit Rule of Appellate Procedure 3(c):

1. This appeal is taken from the order granting Defendants Milwaukee Electric Tool Corporation and Techtronic Industries Company Limited's motions to dismiss; the order denying Plaintiff's motion for jurisdictional discovery; and the final judgment in this action, all entered on December 1, 2025 by the Honorable Brett H. Ludwig.

2. The district court had jurisdiction over this matter under 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States, namely 18 U.S.C. § 1581 *et seq.*, and because 18 U.S.C. § 1595(a) provides that such actions may be brought "in an appropriate district court of the United States."

3. The Court of Appeals has jurisdiction in this matter pursuant to 28 U.S.C. § 1291.

4. The Notice of Appeal was timely filed with the District Court on December 30, 2025.

5. There are no prior appellate proceedings in this matter.

6. There are no related cases or appeals pending in any court.

7. No motions for a new trial or to reconsider the judgment were filed.

8. No motions to extend the time to appeal were filed.

Dated: January 5, 2026

Respectfully submitted,

**GUPTA WESSLER LLP**

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett
235 Montgomery Street, Suite 629
San Francisco, CA 94104
Telephone: (415) 573-0336
Facsimile: (202) 888-7792
jennifer@guptawessler.com

*Counsel of Record for Plaintiff*

Thomas Scott-Railton
2001 K Street NW, Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
thomas@guptawessler.com

**FARRA & WANG PLLC**

Times Wang
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone: (202) 505-6227
twang@farrawang.com

Adam Farra
1300 I Street NW, Suite 400E
Washington, D.C. 20005
Telephone: (202) 505-6227
afarra@farrawang.com

**HAWKS QUINDEL, S.C.**

William E. Parsons
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236
wparsons@hq-law.com

*Counsel for Plaintiff*