No. 25-3347

# In the United States Court of Appeals for the Seventh Circuit

XU LUN, a pseudonym,
*Plaintiff-Appellant*,

v.

MILWAUKEE ELECTRIC TOOL CORPORATION, et al.,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Eastern District of Wisconsin
Case No. 2:24-cv-00803-BHL (The Hon. Brett H. Ludwig)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

The plaintiff-appellant respectfully requests a 30-day extension of time within which to file his opening brief, from March 11, 2026, to April 10, 2026. The defendants-appellees do not oppose this request. There is good cause for this request as follows:

The lead appellate counsel for the plaintiff-appellant in this case, Jennifer D. Bennett and Thomas Scott-Railton, have several pressing obligations that have taken up and will continue to take up substantial time over the coming weeks. These obligations will make it difficult to properly prepare the brief absent the requested extension. These obligations include:

1

- A response brief due in the U.S. District Court for the Middle District of North Carolina in *Goetting v. Spratt*, No. 1:25-cv-00794-DAB-JGM, on March 11;

- An opening brief due in the U.S. Court of Appeals for the Ninth Circuit in *Lang v. Providence Health Services*, No. 25-7294, on March 13;

- An opening brief due in the New York State Court of Appeals in *Salter v. Meta*, No. APL-2025-00170 on March 16;

- An oral argument in the Supreme Court of the United States in *Flowers Foods v. Brock*, No. 24-935 on March 25;

- A return to a petition for writ of mandate due in the California Court of Appeal in *Variety Media v. The Los Angeles Superior Court*, No. B350578 on March 25, and;

- An opening brief in the U.S. Court of Appeals for the Fourth Circuit in *Does v. MindGeek*, No. 25-2411 on March 25.

For the foregoing reasons, this motion for a 30-day extension of time to file the plaintiff-appellant's opening brief should be granted.

Respectfully submitted,

*/s/ Jennifer D. Bennett*
JENNIFER D. BENNETT
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
*jennifer@guptawessler.com*

THOMAS SCOTT-RAILTON
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741

*Counsel for Plaintiff-Appellant*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 260 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

February 27, 2026 /s/ *Jennifer D. Bennett*
JENNIFER D. BENNETT

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Jennifer D. Bennett*
JENNIFER D. BENNETT

# DECLARATION OF JENNIFER D. BENNETT
# IN SUPPORT OF EXTENSION TO FILE OPENING BRIEF
# UNDER CIRCUIT RULE 26

1. I, Jennifer D. Bennett, request an extension of time to file the plaintiff-appellant's opening brief.

2. The brief's current due date is March 11, 2026.

3. The appellant has previously filed one prior extension motion, on January 26, 2026. This Court granted that motion.

4. The extension of time to file the brief is necessary because I, and my cocounsel, have several pressing obligations that have taken up and will continue to take up substantial time over the coming weeks. These obligations will make it difficult to properly prepare the brief absent the requested extension. These obligations include:

    - A response brief due in the U.S. District Court for the Middle District of North Carolina in *Goetting v. Spratt*, No. 1:25-cv-00794-DAB-JGM, on March 11;

    - An opening brief due in the U.S. Court of Appeals for the Ninth Circuit in *Lang v. Providence Health Services*, No. 25-7294, on March 13;

    - An opening brief due in the New York State Court of Appeals in *Salter v. Meta*, No. APL-2025-00170 on March 16;

- An oral argument in the Supreme Court of the United States in *Flowers Foods v. Brock*, No. 24-935 on March 25;

- A return to a petition for writ of mandate due in the California Court of Appeal in *Variety Media v. The Los Angeles Superior Court*, No. B350578 on March 25, and;

- An opening brief in the U.S. Court of Appeals for the Fourth Circuit in *Does v. MindGeek*, No. 25-2411 on March 25.

5. The defendant-appellee does not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Jennifer D. Bennett*
JENNIFER D. BENNETT
GUPTA WESSLER LLP
235 Montgomery Street
Suite 629
San Francisco, CA 94104
(415) 573-0336
*jennifer@guptawessler.com*

February 27, 2026

*Counsel for Plaintiff-Appellant*