# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

April 24, 2026

|  | XU LUN, a pseudonym,<br>    Plaintiff - Appellant |
| --- | --- |
| No. 25-3347 | v. |
|  | MILWAUKEE ELECTRIC TOOL CORPORATION,<br>    Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:24-cv-00803-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig | |

**To:**     Jennifer Bennett
        GUPTA WESSLER LLP
        235 Montgomery Street
        Suite 629
        San Francisco, CA 94104

        Mr. William E. Parsons
        HAWKS QUINDEL, S.C.
        409 E. Main Street
        P.O. Box 2155
        Madison, WI 53703

        Mr. Thomas Scott-Railton
        GUPTA WESSLER LLP
        2001 K Street, N.W.
        Suite 850 North
        Washington, DC 20006

Times Wang
FARRA & WANG PLLC
1543 Champa Street
Suite 400
Denver, CO 80202


Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** <u>only</u> the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

**A Disclosure Statement or Amended Disclosure Statement is required for each attorney whose name appears on the brief**. See Fed. R. App. P. 26.1, 28(a)(1), and 28(b).

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____

DAB

NOTE:     Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.


form name: **c7_Brief_Deficiency_Letter**     (form ID: **187**)