# 25-3347

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

XU LUN,
*Plaintiff-Appellant*,

*v.*

MILWAUKEE ELECTRIC TOOL CORPORATION,
*Defendant-Appellee*.

On Appeal from the United States District Court for the Eastern District of Wisconsin, Case No. 2:24–cv–00803–BHL (The Hon. Brett H. Ludwig)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellee Milwaukee Electric Tool Corporation ("Milwaukee Tool") respectfully requests a 30-day extension of time within which to file its brief, from May 26, 2026 to June 25, 2026. The undersigned counsel conferred with counsel for Plaintiff-Appellant, who stated that Plaintiff-Appellant does not oppose this request. This is Milwaukee Tool's first motion for an extension of time on this brief.[1] There is good cause for this request as follows:

[1] Plaintiff-Appellant received three extensions of time to file his opening brief.

The lead appellate counsel for Milwaukee Tool in this case, Ellen E. Dew, David Horniak, and William W. Reichart III, have several pressing obligations that have taken up and will continue to take up substantial time over the next month. These obligations will make it difficult to properly prepare the brief absent the requested extension. These obligations, which are further described in the attached Declaration of Ellen E. Dew, include:

- A motion to dismiss brief due in the New York Supreme Court, New York County in *Coleman v. Quten Research Institute, LLC*, Index No. 151359/2026 on April 30, 2026.
- An opening brief due in the United States Court of Appeals for the First Circuit in *LUMA Energy, LLC v. Puerto Rico Electric Power Authority*, Case No. 26-1081, on May 1, 2026.
- Depositions in May 2026 in *Cornerstone Global, LLC vs. Northrop Grumman Corporation*, CL-2025-0003054, pending in the Circuit Court for Fairfax County, Virginia.
- Oppositions to objections to the Magistrate Judge's order on a request for Rule 37 sanctions in the United States District Court for the Eastern District of New York in *Pam v. Arab Bank*, Case No. 18-cv-04670-HG-PK, and *Miller v. Arab Bank*, Case No. 18-cv-02192-HG-PK, due May 13, 2026.

- A motion to compel arbitration in the United States District Court for the Northern District of California, *Pflaumer v. Ace Hardware*, Case No. 26-cv-02151-EJD, due May 18, 2026.
- A motion to dismiss brief due in the United States District Court for the District of Massachusetts in *Hannah R. v. Host SH Boston Corp., et al.,* C.A. No. 1:26-cv-11653 on May 18, 2026.
- A reply brief in support of a motion to dismiss in the United States District Court for the Western District of Pennsylvania in *S.J. v. Harrisburg Hershey Hospitality, LLC, et al.*¸ C.A. No. 1:25-cv-02123 on May 21, 2026.
- Party and expert witness depositions (13 total) in a confidential JAMS arbitration to be completed by May 21, 2026.
- A settlement conference in the United States District Court for the District of Maryland in *Cruse v. Sanni et al.*, Case No. 1:22–cv–00521–SAG, on May 26, 2026.
- A reply brief in support of a motion to dismiss due in the United States District Court for the Southern District of Florida in *Rodriguez v. Alexander, et al.*, C.A. No. 1:26-cv-20428 on May 26, 2026.
- A motion to dismiss brief due in the United States District Court for the Northern District of Illinois in *C.S. v. O'Hare Airport LLC, et al.*, C.A. No. 1:26-cv-3434 on May 28, 2026.

- A mediation statement due in connection with a matter pending in the United States Bankruptcy Court for the District of Delaware, *Carickhoff v. Cantor et al.*, Adv. Proc. No. 21-50990-LSS, on May 28, 2026.
- A mediation statement due in connection with a matter pending in the United States District Court for the District of Columbia, *International Rights Advocates v. Tesla Inc.*, Case No. 5-cv-03655-ACR, due May 29, 2026
- An opposition to a motion for summary judgment in the United States District Court for the Southern District of New York in *Averbach v. Cairo Amman Bank*, Case No. 19-cv-00004-GHW-KHP, due June 1, 2026.
- Confidential seven (7) day arbitration before JAMS from June 1-9, 2026.
- Preparation for oral argument before the United States Court of Appeals for the First Circuit *In re Financial Oversight Board*, Case No. 25-2077, on June 4, 2026.
- Preparation for trial before the United States District Court for the District of South Carolina in *Smith v. BASF Corp.*, Case No. 23-cv-03328-TMC, scheduled for June 15–24, 2026.
- A reply brief in support of a motion to dismiss due in the New York Supreme Court, New York County in *Coleman v. Quten Research Institute, LLC*, Index No. 151359/2026 on June 18, 2026.

- Depositions in *Geesey et al. v. First American Title Insurance Co.*, Case No. 1:25–cv–10143 (D. Mass.) during the months of May and June, 2026.
- Oral argument in the Delaware Court of Chancery in *Tyson Foods, Inc. et al. v. Hanor & Bixler Farms, LLC et al.*, C.A. No. 2025-1234-KSJM on June 24, 2026.

For the foregoing reasons, this motion for a 30-day extension of time to file Milwaukee Tool's brief should be granted.

Dated: May 8, 2026

Respectfully submitted,

*/s/ Ellen E. Dew*
Ellen E. Dew
William W. Reichart III
DLA PIPER LLP (US)
650 S. Exter St., Suite 1100
Baltimore, Maryland 21202
Tel.: (410) 580-3000
ellen.dew@us.dlapiper.com
wes.reichart@us.dlapiper.com

*Counsel for Appellee*
*Milwaukee Electric Tool Corp.*

## CERTIFICATE OF COMPLIANCE

This opposition complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 765 words, excluding the parts exempted under Rule 32(f). This opposition complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: May 8, 2026

*/s/ Ellen E. Dew*
Ellen E. Dew

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, I electronically filed the foregoing opposition with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: May 8, 2026

*/s/ Ellen E. Dew*
Ellen E. Dew

**DECLARATION OF ELLEN E. DEW IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

1. I, Ellen E. Dew, request an extension of time to file Defendant-Appellee Milwaukee Electric Tool Corporation's brief.

2. The brief's current due date is May 26, 2026.

3. Defendant-Appellee Milwaukee Electric Tool Corporation has not previously sought or been granted an extension of time to file the brief.

4. The extension of time to file the brief is necessary because I, and my co-counsel, have several pressing obligations that have taken up and will continue to take up substantial time over the coming weeks. These obligations will make it difficult to properly prepare the brief absent the requested extension. These obligations include:

- A motion to dismiss brief due in the New York Supreme Court, New York County in *Coleman v. Quten Research Institute, LLC*, Index No. 151359/2026 on April 30, 2026.
- An opening brief due in the United States Court of Appeals for the First Circuit in *LUMA Energy, LLC v. Puerto Rico Electric Power Authority*, 26-1081, on May 1, 2026.
- Depositions in May 2026 in *Cornerstone Global, LLC vs. Northrop Grumman Corporation*, CL-2025-0003054, pending in the Circuit Court for Fairfax County, Virginia.

- Oppositions to objections to the Magistrate Judge's order on a request for Rule 37 sanctions in the United States District Court for the Eastern District of New York in *Pam v. Arab Bank*, 18-cv-04670-HG-PK, and *Miller v. Arab Bank*, 18-cv-02192-HG-PK, due May 13, 2026.
- A motion to compel arbitration in the United States District Court for the Northern District of California, *Pflaumer v. Ace Hardware*, 26-cv-02151-EJD, due May 18, 2026.
- A motion to dismiss brief due in the United States District Court for the District of Massachusetts in *Hannah R. v. Host SH Boston Corp., et al.,* C.A. No. 1:26-cv-11653 on May 18, 2026.
- A reply brief in support of a motion to dismiss in the United States District Court for the Western District of Pennsylvania in *S.J. v. Harrisburg Hershey Hospitality, LLC, et al.*¸ C.A. No. 1:25-cv-02123 on May 21, 2026.
- Party and expert witness depositions (13 total) in a confidential JAMS arbitration to be completed by May 21, 2026.
- A settlement conference in the United States District Court for the District of Maryland in *Cruse v. Sanni et al.*, Case No. 1:22–cv–00521–SAG, on May 26, 2026.

- A reply brief in support of a motion to dismiss due in the United States District Court for the Southern District of Florida in *Rodriguez v. Alexander, et al.*, C.A. No. 1:26-cv-20428 on May 26, 2026.
- A motion to dismiss brief due in the United States District Court for the Northern District of Illinois in *C.S. v. O'Hare Airport LLC, et al.* C.A. No. 1:26-cv-3434 on May 28, 2026.
- A mediation statement due in connection with a matter pending in the United States Bankruptcy Court for the District of Delaware, *Carickhoff v. Cantor et al.*, Adv. Proc. No. 21-50990-LSS on May 28, 2026.
- A mediation statement due in connection with a matter pending in the United States District Court for the District of Columbia, *International Rights Advocates v. Tesla Inc.*, Case No. 5-cv-03655-ACR, due May 29, 2026
- An opposition to a motion for summary judgment in the United States District Court for the Southern District of New York in *Averbach v. Cairo Amman Bank*, Case No. 19-cv-00004-GHW-KHP, due June 1, 2026.
- Confidential seven (7) day arbitration before JAMS from June 1-9, 2026.
- Preparation for oral argument before the United States Court of Appeals for the First Circuit *In re Financial Oversight Board*, Case No. 25-2077, on June 4, 2026.

- Preparation for trial before the United States District Court for the District of South Carolina in *Smith v. BASF Corp.*, Case No. 23-cv-03328-TMC, scheduled for June 15-24, 2026.
- A reply brief in support of a motion to dismiss due in the New York Supreme Court, New York County in *Coleman v. Quten Research Institute, LLC*, Index No. 151359/2026 on June 18, 2026.
- Depositions in *Geesey et al. v. First American Title Insurance Co.*, Case No. 1:25–cv–10143 (D. Mass.) during the months of May and June, 2026.
- Oral argument in the Delaware Court of Chancery in *Tyson Foods, Inc. et al. v. Hanor & Bixler Farms, LLC et al.*, C.A. No. 2025-1234-KSJM on June 24, 2026.

5. Plaintiff-Appellant does not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2026

Respectfully submitted,

*/s/ Ellen E. Dew*
Ellen E. Dew
DLA PIPER LLP (US)
650 S. Exter St., Suite 1100
Baltimore, Maryland 21202
Tel.: (410) 580-3000
ellen.dew@us.dlapiper.com

*Counsel for Appellee*
*Milwaukee Electric Tool Corp.*