# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 11, 2026

*By the Court:*

| | |
|---|---|
| No. 25-3347 | XU LUN, a pseudonym,<br>Plaintiff – Appellant<br><br>v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br>Defendant – Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:24-cv-00803-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig |

Upon consideration of the **UNOPPOSED MOTION OF AMICUS STATE OF IOWA FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**, filed on September 11, 2026, by counsel for amicus curiae,

**IT IS ORDERED** that the motion is **GRANTED**. Counsel for the State of Iowa is granted leave to participate in oral argument. Five minutes of the appellant's time shall be allocated to the State of Iowa. The clerk of this court shall distribute a copy of this order to the assigned merits panel.